1

2

3

4

5                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
6

7  UNITED STATES OF AMERICA,      )
                                  )
8                 Plaintiff,      )    NO. CR-09-147-EFS
                                  )
9      vs.                        )
                                  )
10 GREGORY JOHN LUMLEY,           )    ORDER GRANTING UNOPPOSED
                                  )    MOTION TO MODIFY
11                Defendant.      )
   ───────────────────────────── )
12

13     Pending before the court is Defendant Gregory Lumley's unopposed

14 Motion to Modify Conditions of Pretrial Release.  For good cause

15 shown, Mr. Lumley's Motion **(Ct. Rec. 41)** is **GRANTED**.  The curfew

16 imposed shall be lifted immediately.

17     DATED January 22, 2010.

18

19                    S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

ORDER                              1